

FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JUSTIN NGUYEN, DEFENDANT(S). | CASE NUMBER 19-MJ-00170-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Monday, January 28_, _2019_, at _12:00_ ☐a.m. / ☒p.m. before the Honorable _Karen L. Stevenson_, in Courtroom _580_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _January 23, 2019_    _Karen L. Stevenson_
                              U.S. District Judge/Magistrate Judge